# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:25-PO-00045 |
| v. | MAGISTRATE JUDGE JOLSON |
| Irving L. Walker, | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **DISMISS**.

s/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/8/2025
**DATE**